**1712 RODGERS** (Pros. Atty.) vs. CIRCUIT JUDGE (Kent), 4 D. L. N., 899.

To vacate an order discharging, on appeal to the Circuit Court, one who had been convicted before a justice (under Act No. 248, Public Acts 1897) for traveling, trading and soliciting trade without first obtaining a license therefor.

Denied December 21, 1897. Act held unconstitutional.


**1713 REID, MURDOCK & CO.** vs. CIRCUIT JUDGE (Benzie), 4 D. L. N., 899.

To vacate a common order defaulting plaintiff for not filing declaration in a case commenced by capias.

Granted, on the ground that the default was prematurely entered; that plaintiffs were entitled to file their declaration at any time before the end of the next term after the return of the writ; that the proceedings in such case are governed by statute (2 How. 7312) and not by rule.